Union Trust Company of East St. Louis v. Elmer C.
Rueck et al.
Howard R. Moore, Appellee, v. Elmer C. Rueck and
Edith Horine Rueck, Appellants.

Heard in this court at the February term, 1944; opinion filed February 28, 1944. Joseph H. Goldenhersh, for appellants; Whitnel, Browning, Listeman & Walker, for appellee; Lloyd Middleton, of counsel. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.